B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:07−bk−05587−CGC**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ANGELIC M LIBRIZZI
   aka ANGELIQUE M LIBRIZZI, aka
   ANGIE M LIBRIZZI
   1702 EAST BELL ROAD, #173
   PHOENIX, AZ 85022

Social Security No.:
   xxx−xx−5799

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            BY THE COURT

Dated: 3/4/08                                       Charles G. Case II
                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: admin              Page 1 of 1              Date Rcvd: Mar 04, 2008
Case: 07-05587                Form ID: b18             Total Served: 28

The following entities were served by first class mail on Mar 06, 2008.
db          +ANGELIC M LIBRIZZI,    1702 EAST BELL ROAD, #173,    PHOENIX, AZ 85022-6293
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ   85311-1737
tr          +DAVID A. BIRDSELL,    216 N. CENTER,    MESA, AZ 85201-6629
7120199     +AHCCCS-APIPI PLAN,    801 N JEFFERSON ST,    Phoenix AZ 85034-2217
7120201     +ARIZONA EMERGENCY SPECIALISTS,    c/o  CMRE FINANCIAL SVCS INC.,    3075 East Imperial Hwy,
              Brea CA 92821-6733
7120202     +BANK OF AMERICA,    P. O. Box 17054,    Wilmington DE 19884-0001
7120205      GE MONEY BANK,    c/o CACH LLC,    370 176th Street, Ste. 5000,    Denver CO 80202
7120206     +GEMB/HOME SHOPPING,    P. O. Box 981400,    El Paso TX 79998-1400
7120207     +GEMB/QVC,    P. O. Box 971402,    El Paso TX 79997-1402
7120209     +MCYDSNB,    9111 Duke Blvd.,    Mason OH 45040-8999
7120210      NEXT CARE URGENT CARE,    2550 N. THUNDERBIRD CIRCLE,    SUITE 303,    Mesa AZ 85215-1219
7120211     +SCOTTSDALE HEALTHCARE-SHEA,    c/o COLLECTION SERVICE BUREAU,    P. O. Box 310,
              Scottsdale AZ 85252-0310
7120212      SKO BRENNER AMERICAN, INC.,    P. O. Box 230,    Farmingdale NY 11735-0230
7236318     +THOMAS H ALLEN,    DAWN M BAYNE,    ALLEN SALA & BAYNE PLC,    1850 N CENTRAL AVENUE SUITE 1150,
              PHOENIX AZ 85004-0977
7120214      WELLS FARGO - THE ROOM STORE,    P. O. Box 94498,    Las Vegas NV 89193-4498
7120215     +WFFNATLBNK,    P. O. Box 94498,    Las Vegas NV 89193-4498

The following entities were served by electronic transmission on Mar 05, 2008.
smg         +EDI: AZDEPREV.COM Mar 05 2008 01:28:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
smg          EDI: IRS.COM Mar 05 2008 01:27:00     IRS,    210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ  85012
7120200     +EDI: AMEREXPR.COM Mar 05 2008 01:28:00     AMEX,    P. O. Box 297812,
              Fort Lauderdale FL 33329-7812
7120202     +EDI: BANKAMER2.COM Mar 05 2008 01:28:00     BANK OF AMERICA,    P. O. Box 17054,
              Wilmington DE 19884-0001
7120203     +EDI: CHASE.COM Mar 05 2008 01:28:00     CHASE,    800 Brooksedge Blvd.,
              Westerville OH 43081-2822
7120204      EDI: DISCOVER.COM Mar 05 2008 01:28:00     DISCOVER FINANCIAL SERVICES,    P. O. Box 15316,
              Wilmington DE 19850
7120208     +EDI: CBSKOHLS.COM Mar 05 2008 01:28:00     KOHLS/CHASE,    N56 W 17000 Ridgewood Drive,
              Menomonee Falls WI 53051-5660
7120213     +EDI: WTRRNBANK.COM Mar 05 2008 01:28:00     TNB - TARGET,    P. O. Box 673,
              Minneapolis MN 55440-0673
7120216     +EDI: WTRWFNNB.COM Mar 05 2008 01:28:00     WFNNB/CHADWICKS OF BOSTON,    P. O. Box 182746,
              Columbus OH 43218-2746
7120217     +EDI: WTRWFNNB.COM Mar 05 2008 01:28:00     WFNNB/EXPRESS STRUCTURE,    P. O. Box 330064,
              Northglenn CO 80233-8064
7120218     +EDI: WTRWFNNB.COM Mar 05 2008 01:28:00     WFNNB/NEW YORK & COMPANY,    220 West Schrock Road,
              Westerville OH 43081-2873
7120219     +EDI: WTRWFNNB.COM Mar 05 2008 01:28:00     WFNNB/SPIEGEL,    995 West 122nd Avenue,
              Westminster CO 80234-3417
7120220     +EDI: WTRWFNNB.COM Mar 05 2008 01:28:00     WFNNB/VICTORIAS SECRET,    P. O. Box 182128,
              Columbus OH 43218-2128
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 06, 2008**           Signature: *Joseph Speetjens*